UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KEVIN MICHAEL IVES,

        Petitioner,                         Case No. 2:16-CV-243

v.                                                 HON. GORDON J. QUIST

ROBERT NAPEL,

        Respondent.
_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Greeley's December 20, 2016 Report and Recommendation recommending that Petitioner's habeas corpus petition be denied as barred by the one-year statute of limitations. The Report and Recommendation was duly served on Petitioner on December 20, 2016. No objections have been filed pursuant to 28 U.S.C. § 636(b). Therefore the Court will adopt the Report and Recommendation.

**THEREFORE, IT IS HEREBY ORDERED** that the December 20, 2016 Report and Recommendation (ECF No. 4) is approved and adopted as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's habeas corpus petition is **DENIED** because it is barred by the one-year statute of limitations.

This case is **concluded**.

A separate judgment will enter.

Dated: January 10, 2017                                      /s/ Gordon J. Quist
                                                                  GORDON J. QUIST
                                                       UNITED STATES DISTRICT JUDGE